IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

FILED
APR 15 2019
Clerk, U S District Court
District Of Montana
Billings

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 12-28-BLG-SPW |
| Plaintiff, | |
| vs. | ORDER |
| TYLER DALE MEDICINE HORSE, | |
| Defendant. | |

Upon the Court's Own Motion,

IT IS HEREBY ORDERED that the Final Hearing regarding Revocation of Supervised Release currently scheduled for Wednesday, April 24, 2019 at 3:30 p.m., is **VACATED** and reset to commence on **Thursday, April 25, 2019 at 1:30 p.m.**

The Clerk shall forthwith notify the parties of the making of this Order.

DATED this 15th day of April, 2019.

SUSAN P. WATTERS
United States District Judge

1